IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Shelby, Judy C | Case Number: 05 B 03137 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/13/07 | Filed: 2/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 27, 2007
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,300.00 | |
| Secured: | | 9,206.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,494.00 |
| Trustee Fee: | | 599.35 |
| Other Funds: | | 0.00 |
| Totals: | 12,300.00 | 12,300.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph Wrobel Ltd | Administrative | 2,494.00 | 2,494.00 |
| 2. | Wachovia Bank | Secured | 0.00 | 0.00 |
| 3. | Provincetown Improvement Assoc | Secured | 900.00 | 311.05 |
| 4. | Triad Financial Services | Secured | 19,543.14 | 6,416.43 |
| 5. | Wachovia Bank | Secured | 8,654.90 | 2,479.17 |
| 6. | Jefferson Capital | Unsecured | 119.33 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 741.92 | 0.00 |
| 8. | Cingular Wireless | Unsecured | 50.47 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 62.52 | 0.00 |
| 10. | AT&T | Unsecured | 27.60 | 0.00 |
| 11. | Nicor Gas | Unsecured | 69.54 | 0.00 |
| 12. | SBC | Unsecured | 24.59 | 0.00 |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 15. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 16. | University Dental Center | Unsecured | | No Claim Filed |
| 17. | G & V Construction Co Inc | Unsecured | | No Claim Filed |
| 18. | Fairview Manor Apartments | Unsecured | | No Claim Filed |
| 19. | ADT Security Systems | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 32,688.01 | $ 11,700.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 80.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shelby, Judy C

Printed: 11/13/07

Case Number: 05 B 03137
Judge: Wedoff, Eugene R
Filed: 2/1/05

|  |  |
|---|---|
| 3% | 40.30 |
| 5.5% | 307.64 |
| 5% | 67.82 |
| 4.8% | 32.40 |
| 5.4% | 70.20 |
|  | _____ |
|  | $ 599.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_